IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE OF FLORIDA,
DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR
VEHICLES,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

CASE NO. 1D16-1593

v.

JAMES R. SUTTON,

     Respondent.

_____/

Opinion filed September 20, 2016.

Certiorari – Original Jurisdiction.

Stephen D. Hurm, General Counsel, and Natalia Costea, Assistant General Counsel, Department of Highway Safety and Motor Vehicles, Miami, for Petitioner.

David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Respondent.

PER CURIAM.

     DENIED.

ROBERTS, C.J., WETHERELL and BILBREY, JJ., CONCUR.